Good morning, may I please the court. My name is Bashir Ghazial. I'm attorney for petitioner Khushal Sharifi. I've previously noted to the clerk that the name was Backwards, isn't it? Yes. I'm sorry. Hopefully that will be fixed In this case The BIA abused in its discretion in Finding that the petitioner failed to present sufficient evidence Of to change country conditions in Afghanistan in order to permit him to file a late motion to reopen In fact Petitioner has provided new evidence Which together which presented together With evidence already in the record shows that he has a reasonable likelihood to prevail on his asylum withholding of removal or and that he has Made a prima facie case of asylum now in order for us to In order for the court to determine whether the abuse of discretion has occurred we need to look at the Circumstances that existed at the time of the asylum hearing and at the circumstances that the new and material circumstances that Petitioner presented in his motion to reopen as the court knows through the pleadings the Asylum hearing was held back in 1991 and the motion to reopen was filed in 2010 and The BIA had Dismissed the case in 1994 those dates are very important in this particular case now from 1991 until this date it is very Obvious that The country conditions of material is changed several times in Afghanistan council may I ask a question yes I appreciate your presentation and your briefing. I've read. I'm sure we all have read all of it My question when it goes to the changed country conditions and one of the things you argue Is that it's not only that the country has changed But that it has changed vis-a-vis your clients family your clients family situation because of his brother and so forth and the and the threat Has increased for your client is that's your position Do we have authority that allows that that is correct your honor now the That the family that the petitioner's personal circumstances is Is personal to the the the petitioner which as Again the court knows that any kind of material change in a country does not automatically Mean that any Afghan can jump on a boat or on a plane and come to the United States and seek asylum That is for sure now The record Demonstrates that Mr. Sharifi was denied asylum because he could not establish That he Partly because he did not have family in the United States and that his family That he actually had family in Afghanistan. Now, that's part of what? is Materially personally material to mr. Petitioners Mr. Sharifi's claim now that coupled with the change the general change in country conditions Demonstrates that Presently Mr. Sharifi has presented new evidence The new material change. Okay. So what what is what are the changes? Is it his brother's disappearance? Is it? Specifically, I'm watching the clock and you have very few minutes. So, can you help me? What are the what are your strongest arguments for change condition? The change condition is that? The persecution of Shias began immediately after The Soviets withdrew and when the when Afghanistan fell into a civil war now, mr Sharifi did belong even though he was a minor he belonged he was of a Shia Minority group, but he also belonged and helped the Hizbi Islami, which is a one Mujahideen group and who ended up Taking power in 1992 Along with some other groups and they in turn before taking power. They turned on each other and they slaughtered and Abused and killed a lot of the Minorities in Afghanistan and a lot of minorities turns on turned on each other now as a result The minorities became a Huge target now in in his asylum in original asylum application. Mr. Sharifi does not claim asylum through his his religion because back then Although there were religious tensions in Afghanistan the religious tensions began after his asylum hearing and they escalated to an extent where the Taliban in which partially gave rise to their to the to the Taliban and Taliban whose as we all know whose main ideals are to suppress religion freedom of religion and minorities and the rights of minorities and political opinions of minorities What was the basis of his first application? The basis of his first application was his political opinion in that right and the IJ seemed to be concerned that there has been a state of unrest and turmoil Consistently and did not speak to the change conditions that you're describing the rise of the Taliban and whatnot This is the change we are asked to consider. Is that right? That is part of the change that we're asked to consider. All right. No, you have three minutes. So now in addition to that during the course of Developments He his family Most of his cousins were killed in Kandahar He is a part of a Farsi-speaking minority Shia group in Kandahar, which is the birthplace of the Taliban now, obviously he He his family had partially moved During the initial asylum application but subsequent to the asylum application he his entire family Moved from that region now in Kandahar, which consists of more than 1,000 villages There's only six villages in Kandahar province that Have the population of Farsi-speaking minorities in the whole province Let me ask you a question about something that I think you You alluded to or you may perhaps answered and and that is the change Circumstances and the regulation the statute say that change circumstances are rising in the country of nationality and so the change circumstances of the fact that That he is now Married and he is a Productive member of society doesn't that really relate to the issue not before us But that if we were if we remanded it it would relate to the question perhaps mitigating circumstances concerning Whether or not he should be a granted asylum. That's right. Really. That's one of the basis that the BIA Makes a decision on that. This has actually changed personal circumstances When as a matter of fact his changed personal circumstances coupled with his who actually he actually is He's a Shia minority and also he is a former member of the Hezbi Islami all that together Demonstrates that there's a Change country conditions that give rise to an asylum claim for personally to him now the BIA also holds that this is part of a Petitioner only presents evidence of ongoing civil unrest and that Conditions there in Afghanistan are just getting worse and worse and worse as time goes by That's correct, your honor He's part of this minority group his brother is We're told as prisoner Somewhere cave at this particular point your honor. It's presumed where he is. It's presumed that his brother is Killed by the Taliban but because he was originally kidnapped by the Taliban then he was detained by the Afghan forces and because he was previously a member of a Hezbi Islami and after interrogation he was released back and on top of that the government provided his family a letter which warned him to Get out of the country and warned also that his brother should not come back to Afghanistan So that's that's the letter that's in evidence signed by the Ministry of Interior of the Islamic Republic of Afghanistan That's correct, your honor and it tells us that That Your client should not should under no circumstances Return to Afghanistan talked about You Know there's a paragraph about what was going on in the country and That's correct your honor all these facts that are presented or Facts that were discovered and were only discoverable after the initial asylum hearing that's the important Gist of this case because all of these facts if these facts were known to the IJ He's married to a United States citizen, that's correct No, he does not have children yet, and They're not arguing that his marriage that that changed personal circumstance is warrants That's not your argument. That's not my argument your honor That was only mentioned as part of the asylum application and the BIA Interpreted our argument to be that it's based on personal circumstances, which is not our claim from the beginning now It's very important to know that Yes He's he's a good person he's a former member of his of Islami which paints a very bad Impression of him however back then back in the in the 80s all the Mujahideen groups were united together in order to fight the Soviet Union and the Exactly and and just just for juxtaposition your honor if a person a Pashto speaker Who is a Sunni in Kandahar who has never been involved in any kind of? Resistance movement or has never been Dragged into the whole conflict that person probably would not wouldn't would not meet the change country conditions that we're talking about now the The components in this case that that makes this a change country condition for my client is that he previously had Been a member of a political Organization he had helped he was only 14 years old and on top of that his father and uncle were killed in the war and His brother now is missing so and I and also he's a Shia minority and Shia minorities have not only been persecuted by the way mr. Hikmati or who happens to have persecuted Thousands of Afghan intellectuals after he came to power or after he was able to defeat the Soviet Union he turned against Afghan intellectuals and His whole goal was to make Afghanistan an Islamic state as a matter of fact today Afghanistan that article 3 of Afghanistan's Constitution says that no law should be against or contradict should contradict the provisions of Sharia law Sharia law Afghanistan has adopted the Hanafi school of thought which means that significantly over your time Now In Afghanistan after the Taliban were overthrown it became a haven for warlords to occupy got positions in government and Also at the Constitution that was passed was a very Conforming to the the Afghanistan although it does have provisions that that call for human rights and women's rights and minority rights however There's been a lot of cases in Afghanistan where a lot of judges have ruled that article 3 trumps all the other provisions now if if that type of if that Constitution is subject is open to that type of Interpretation you can imagine that a government that is occupied with warlords and a lot of corrupt officials That will enable them to continue the oppression of minorities such as mr. Sharifi Now and in the in the future Okay, thank you Maybe what do we got to gain by taking him out of the country? He's not eligible for asylum What we have to gain your honor that we follow the law what you want to send him back to a place Where he's in danger where the the whole country is If you read the papers corrupt where Karzai is now Telling us what to do and after we spend all that money and that blood and all the rest of it But none of those are ground for asylum your honor what none of those are ground for asylum that would pertain to every I just asked you what we had to gain by doing it. Okay, what we have to gain is that we follow the law Well, let me ask you a question on that though The decision that we're looking at is not whether or not He's entitled to asylum. The question is whether or not his case should be reopened. That's correct. Okay, so then See if you can reconcile for first of all, tell me what the burden is that we have here It's not an issue we certainly the the BIA had to look at whether or not there was the Potential for him to be successful on this island, but because the the question is really whether that there had been changed Circumstances they found that there wasn't changed Circumstances the only thing that the petitioner had to establish was a prima facie case So what is our? Standard of review on whether or not on this record the plaintiff has established a prima facie case Not whether or not he's entitled to asylum, but whether it should go back Because he is established or not a prima facie case. What is the stand? Well, it's it's Abusive discretion, but the key words you said were on this record Virtually nothing that my opponent has argued is on this record. What about the letter? There is a letter authenticity challenged Well, it was at a Was that a motion to reopen so just it inherently implausible could use I'm sorry It is a letter inherently implausible. Is that your position? Well, it doesn't say what he says it says. Well, I'm looking at it. So so walk me through it. What am I missing? Okay, it doesn't say anything about Shiites being persecuted In fact, there's nothing in the record that says the Taliban persecute Shiites The closest we get is there's discrimination against Shiites Against shirts and has arias, of course, the Taliban is brutal to everybody. There's nothing in the record about heck mater persecuting Shiites in fact In the original asylum application there was nothing in the record that petitioner belonged or was part of his be a son Let me ask you what would in your mind? constitute change circumstances when you have Circumstances as we all know this is a matter of judicial notice is what's happening in in Afghanistan and what the changes have been since his original petition And actually and I mean if you if it's a matter of judicial notice as as judge Pregerson my colleague has said that it doesn't take rocket science to to Understand what is happening there now in conjunction in conjunction with what he had Had occurred previously Now that record is is is available And then if you take into account the the letter which has has is also Judge, Kristinsen has mentioned the letter Why isn't that merely a primacy? What is the what is the standard? It's not it's not probable cause It's not it's not preponderance of the evidence show me a case it says Well, no, yes, yes, but prima facie case is a low standard to start with and Then the question of abuse of discretion is you look back At what the court relied on to determine whether or not that very minimal standard has been met Well, the this court has said the critical question and this is the standard is whether circumstances have changed sufficiently That a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution Now we go back to the original asylum. It was denied He was found to be a liar who was found incredible and he never petitioned a court for review He was ordered removed and this goes to judge Ferguson's questions to what we have your brief doesn't discuss that Doesn't discuss the credibility determination. It is actually in the brief what we said what page I'd have to pull But what we said you're on it was in a footnote said although the board in the motion to reopen Did not rely on adverse credibility, but you want us to no, no, no, no, I'm We're going through the background here. That's all. It's not relevant to judge Silver's question. Well, I believe it is Well, you're talking about the standard of view and she's asking you quite clearly about exactly what question we should be looking to So it's important to know whether you're asking us to to consider something the BIA didn't rely upon it No, of course not. We could not do that. We do not do that It is background information the same as all the information that my opponent has presented which is not in the record Okay, so let's talk about what we really need to focus on My learned colleague your honor and I trust me. I do have much affection for him. I think he's done an excellent job I think it's really important and you've both done a good job of explaining that we're not looking at personal circumstances here We're looking at changed country conditions if there were changed country conditions And it's a little bit tricky in this case because the country was in a state of turmoil at the time of the original Application at least that's how it looks to me Right, and so that's not different except that it isn't just the case any Petitioners position is of course that there were different folks In charge at the time if I can speak colloquially so and I look on at this law, I'm trying to figure out where we draw the line between Country conditions and conditions that really material affect a particular family So we have this authority in the Ninth Circuit. Is it the novice case? Yes, I mean me I may be mispronouncing it You'll know it better than I but it says that when evidence regarding a family history of persecution is considered the relationship between the Persecution of family members and the circumstances of the applicant must be examined did the IJ to consider that here Never went to the IJ. Oh, forgive me. What was that considered? Yes, the BIA in fact its decision said he hadn't presented enough evidence. Why because the brother was a combatant That's what we know. He didn't have a past association and that's not what the ministry's letter says the ministry's letter says He's associated with his Islami which is fighting The Taliban which is actually it's one of the main many factors I don't think I've ever seen a letter quite this personal to this individual warning that this individual will be in danger if he comes Back, what do I do with that? That's quite unusual. I think you look at it and say what is the source of that letter? How did they get any of this information? That's why I asked you from the get-go was the authenticity of the letter ever challenged It can't be I'm not quite sure what you mean because the government doesn't get to do this Well, I'm trying to that's your position. Are you are you is your position that you think it's inherently implausible? I've asked you that question and that's what I'm trying to get at. I don't understand your position plausible. Just not supported well enough see, we don't know what why not because we don't know what the Ministry actually knew and was told about Sharifi. We know what they knew about his brother Was never a combatant. Let me go back to my old saw which is Primate Asia okay, so if they if there's a letter and as Judge Christensen has said it hasn't been at least as anything we can see on the record and Which I think it's a very important issue. The authenticity has not been challenged if whoever was BIA had said on the record this is a Like they did previously years ago. We don't believe the petitioner But if so if they had said there this is this is a falsehood this is we can't tell if there's anything to it It seems you know inaccurate seems to me that Prime aphasia case is close to reasonable Reasonableness is it possible? Is it reasonable something of that nature if you unless you can give me a different Definition of it seems to me that the burden once the the petitioner comes forward with something That on its face it does not appear to be a falsehood does not appear to not have Authenticity does not appear to have any credibility whatsoever  Because the government Because the BIA here is is looking to see whether or not this case should go forward We're not talking about as you mentioned in the beginning whether or not it should be a granted asylum The question is whether or not He should be allowed To make a case again because of changed circumstances It would be asking way too much of a petitioner in every single case That where they're reasking or they're asking to reopen a case to put on their entire case I See I'm out of time may I have time to answer that I don't want to take the court's time as to the credibility or whatever what the board actually found Was furthermore the applicant has not sufficiently shown that his brother's alleged detention and abuse by the Taliban Detention interrogation by the Afghan government, which is not in that letter by the way and subsequent release and disappearance Which is not in the letter is sufficiently material Significantly the applicant has provided no information regarding the circumstances surrounding his brother's alleged detention So although they may not have questioned the authenticity They said it wasn't enough and what we can expect your honor is in his declaration to state the facts behind us Did this letter come from how was it obtained did it just materialize who wrote to this here Ministry of Interior and An accurate translation we have a photocopy of what appears to be an official document Yes, and it says nothing about Sharifi other than something that the ministry may have been told. How does the ministry have this information? But that was his voting about a prima facie case and it was I read this it sounds to me like he's in real danger and Due to his past Will be under a severe threat of harm It was should brother and if now you think that somebody went there and paid somebody I'm saying we don't know your honor because his declaration doesn't tell us How this letter come up here? There's enough here as far as I'm concerned that shows tells me that his brother That's the petitioner is under under Real threat of harm on what goes on in that country your honor when we started you asked a question about everyone in Afghanistan I'd ask you this Who going back to Afghanistan no matter what he did? Would not be in a real state of risk because of the turmoil in that country which has persisted since 1989 or before with the Civil War Nothing has changed the his Islami the people that he claims to have supported totally destroyed Kabul and that is in the record Okay, well you're making the case for him In 1989 it was bombed or 19 in the 1990s by the Mujahideen Specifically by his be us Islami. What we're saying is that it's always been very dangerous. He left When he was ordered removed He did not petition for review. He just ignored the order which is why that's what we have to gain Because he ignored an order and he didn't comply well hold on for a second But that is not the something the BIA relied on in fact that was something. I was looking for that's not in the record That's not in the record that he he didn't petition for review and what's more in the record It's clear that the circumstances didn't change until much later in his life And you're really making an argument on his behalf by saying that we all know which is the same point I made as a matter of just almost taking judicial notice things are horrible there for anyone who's going back So then if that's the case if you start with that as the proposition, let's go back to the burden You have not given me a case that establishes anything more Than that there has to be reason and it has to be on its face credible reason Otherwise what you're asking and what you've proposed to us is that he put on his entire Asylum case in order to establish that that letter he didn't come forward and say gee these are the circumstances he has a letter and But your your Objection to that is well you didn't establish that you didn't bring this you didn't bring for this person in you didn't bring that person And you didn't you didn't corroborate it Not didn't corroborate your honor Didn't show how it came to be the burden is on him with the motion to be open well, he submitted a come-to-be is is Judge Christensen asked the very important question at the beginning You don't claim it's not authentic We don't know if it's authentic. I so I can't say well, okay, then if you don't know, it's not authentic. It's authentic for us and So what more does he have to do? Did he have to corroborate it you said he didn't have to corroborate it So what does he have to do as the board said he has to show the circumstances more about his brother Why was his brother captured? Establishes that in malting the the relative has to be Let me get the exact words That case was simile situated We have someone who's been in the States who was never a combatant who was not a combatant at the time That his brother was when his brother was captured and he's saying because his brother was captured 14 years old. He was a runner Yes, it's a dangerous job. Have you ever been a runner? I've never been around I Never been a runner, but again that was with a different government now the question becomes How does the Taliban even know about him? We? What the BIA found was the letter? But does not give the service Asking all he's asking for is to reopen and present this evidence. That's all he's asking And I Am well, but our position would simply be that to make the prima facie case He had to show what that letter was where it came from He had to present a little bit more what he's done I understand what he's done is say they've discriminated against Shiites nothing in the record supports that You know, my family's been persecuted his brother who was a combatant was captured by the Taliban and apparently released That's all we know. We don't even know from that letter that he submitted That the brother was tortured how long he was detained. The letter says nothing about that he Infers from the letter and it makes a lot of Speculative or conclusory statements I should say about it But they're not in that letter all the letter says is that a combatant was captured by a rival militia and was released That's it. It doesn't really speak to his situation. He's not similarly situated That's what the board was getting at when he said we need more background on this Okay in his statement I Obtained this letter by there's nothing we just have a letter How did the ministry get that information? Did it come from the brother? Did it come from Sharifi? How did the ministry know? Where Sharifi was staying none of that's in there It goes to a well not probable cause to a prima facie case the board wants to make sure that there's enough there to warrant reopening and what the board found and obviously I Very much concede this course has concluded to the to the opposite to the contrary But what the board found was it's not enough to even go forward because Conditions were exceedingly violent when you left conditions are exceedingly violent now Your father and uncle were killed before you left now Your brother has been captured not killed as far as we know, but we don't know What is your connection to him? I'm his brother. Are you similarly situated? No, he's just not not in this case what we've asked and what the board wanted is a declaration that rather But it should have been in his sworn declaration how Instead what we have tell me how By telling the circumstances. This is why I'm in danger. They said anyone who supported The Mahajan 20 years ago as a runner Okay, all they said was he's in danger, but everyone's in danger It's not there's no nexus to a ground of persecution towards him So on nobody is afraid of me and I apologize if I have Engended fear. I I'm well over my time, but I obviously them further questions Thank you I Feel the need to I'm sorry. Oh, that's a good question. Your honor. I believe there was several lawyers involved and also When I happen to be reading the transcript the interpreter the individual hearing initially was continued Because the interpreter was alleged by the government to be talking to the family outside the court So she was disqualified. So the hearing was continued and then later on a new interpreter came now that goes to the No, I'm not understanding because I thought this was done on paper that there was a opportunity to request oral argument But there wasn't an oral argument. Are you talking about the original? Original hearing the original individual hearing for The asylum hearing. Okay. So why is that pertinent? I'm you're losing me now. I'm sorry. I may have misunderstood the judge Ferguson's question Now if I if I may address some question was Were you his lawyer from the beginning no, no your honor. Sorry. I went on a tangent. I apologize I wasn't I was He was improper for in filing that motion to reopen. I and there was no hearing substituted in and after the When the case was in the 9th Circuit This was approximately a year a year and a half ago, your honor. Yes And let me ask a question about the law on this, you know, I've been I've been harping counsel on the burden and the prima facie case issue and as to what that means To me the law is is unclear goes one way and it goes the other way. What about the case law that says that? even if There is a prima facie case that the BIA is free to rule Against the petitioner. How do you reconcile that at that inconsistency? Where are we on the it's true that the BIA has discretion to to deny a Motion, however, the BIA cannot act arbitrarily or capriciously in denying a motion But that's another way of saying this is an abuse of discretion standard, right? Exactly your honor so just to address some some Representations that were made as to the record your honor the Judge the the immigration judge at the asylum hearing did not find an affirmative and adverse credibility Nor did he ever indicate anywhere that my client was a liar the judge denied the Petition Mainly based on the fact that my client so we've already established credibility is not something that BIA relied upon in in Opposing counsel has conceded that's not part of our analysis today and also as to the letter the The petitioner's brother was not released he was actually Recaptured by the u.s. Force that in the record. I've got forces. Yes. Is that in the record? Yes, your honor We're in the letter itself during an operation. I thought you were speaking going beyond the letter. No, no within the letter It was rescued during a government operation Against the Taliban after which he was detained further by the Afghan forces and after which he was released now the letter does make specific reference to the fact that they got the Afghan government knew that Petitioner's brother was in Hizbi Islami in the past and knew that Petitioner was a member or associated with the Hizbi Islami in the past and that was the basis for which the write the letter that the Petitioner is under threat now as far as where they get done. They'll got the information how they got it That's not required by law for us to show where they got it the What we need to show and isn't your position that as long as it's not inherently unbelievable at this stage We're required to accept. This is true. Exactly your honor. That's that's my position. Is there anything in the record? that would explain as as council has suggested that He should have come forward. Why didn't he come forward and let's say Elucidate as to the reasons that are or the facts that are set forth in that letter. Is there anything in the record? That would explain look this is the reason why I couldn't do it and these are the circumstances this is all I was able to obtain and Anything like that that you can point to the in the record in his declaration for the reopening He makes a very detailed Declaration as to what the circumstances are surrounding his fear is of going back to Afghanistan Which is the standard here the subjective fear is that the country conditions have materially changed? Which conditions did not exist at the time of his asylum application? He lists those conditions and he relates those conditions to his personal circumstances Which is that he was formerly a runner for the Hizb Islami and after that his family Has it has immigrated outside the United States that is also on the record Which is asked in the asylum application in the asylum application It clearly states who is whose mother is whose father is and where they are whose sisters Are and whose brothers are and his mother has passed away since his two sisters have moved on to Iran because they're Shias because this experienced discrimination in Pakistan and His brother upon his return was kidnapped in Afghanistan now that coupled with all the Changed circumstances which as general to Afghanistan which relates to the the persecution of Shia minorities and also to former members of particular mujahideen group that by that petitioner has established that not only he has a subjective fear and also but he has an objective fear that a reasonable person in his Shoes would be fearful for going back to Afghanistan. Just that just as mr. Preggerson alluded to judge Preggerson alluded to earlier in this hearing So the standard let's keep our focus on what the standard is. The standard is that he has provided sufficient non non opposed or non contested evidence That demonstrates that he does he has he has made a prima facie case Which is Which requires or which is deserving of Giving providing him with an actual hearing where he could actually establish all this to the content of an immigration judge That's all he's asking for at this particular point, and I believe that he's provided substantial Country Change conditions in Afghanistan since his initial asylum hearing and he has provided Facts about his personal circumstances his family and who is he's married to how long he's been out of the country all of these factors together would put a reasonable person in his shoes in fear of persecution a Well-founded fear of persecution if he's used to go back to Afghanistan as far as why he waited until 2010 to reopen his Asylum hearing yes, he could have Reopened it before however. He did seek to adjust that adjust status through his prior US citizen Wife only a few years after the BIA ruled Dismissing the original appeal and since then he had been attempting to adjust the status through that and as We have indicated in our briefs he has currently a adjustment of status application Filed with the Immigration Service with USC is which is currently pending even though. He is a removed even though he has a removal order he has been ruled to be a Excluded alien and based on a 2007 USC is memo he still would be eligible for that particular relief however He's that doesn't make this issue moot because he still Is pursuing asylum because that hasn't come to fruition there could be many reasons why USC is mean drag its feet or may Deny his application for adjustment of status for some other discretionary reasons Alright, thank you. Thank you very much This matter is submitted. I would take up number two on the calendar u.s.. Versus Celerio Ramirez
judges: Silver, Pregerson, Christen